UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>      Plaintiff,<br><br>    v.<br><br>P. HUDSON, et al.,<br><br>      Defendants. | No. 2:22-cv-0328 CKD P<br><br>ORDER and FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. He has filed a motion for preliminary injunctive relief. He asks that the court order officials at his prison to provide him with mental health treatment. However, he does not elaborate as to what form such treatment should take. Because plaintiff's motion for preliminary injunctive relief (ECF No. 11) is vague, IT IS HEREBY RECOMMENDED that the motion be denied.

IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 24, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
spri0328.pi