UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>Plaintiff,<br><br>v.<br><br>P. HUDSON, et al.,<br><br>Defendants. | No. 2:22-cv-0328 DAD CKD P<br><br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

      Plaintiff has filed a motion for a "temporary restraining order" and an amended motion for a "temporary restraining order" which are more properly construed as motions for preliminary injunctive relief. The court considers the motions together.

      First, plaintiff is not clear as to the relief sought. He complains about conditions of confinement but is not clear which specific conditions this court should order changed. Second, as plaintiff has already been informed on three separate occasions (ECF No. 19, 23 & 24), plaintiff does not state a claim for injunctive relief in the operative second amended complaint, so the court cannot grant preliminary injunctive relief.

      For these reasons, the court will recommend that plaintiff's motion for preliminary injunctive relief be denied. If plaintiff files any more motions for preliminary injunctive relief, those motions will be deemed frivolous and sanctions, which could include dismissal of this

/////

1

action, might issue.  If plaintiff wishes to pursue injunctive relief with respect to his current conditions of confinement, he should initiate a separate lawsuit.

In accordance with the above, IT IS HEREBY RECOMMENDED that plaintiff's motion for a preliminary injunction (ECF No. 30 & 31) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 18, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
spri0328.pi(3)