UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CIRON B. SPRINGFIELD, | No. 2:22-cv-00328-DAD-CKD (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF |
| P. HUDSON, et al., | |
| Defendants. | (Doc. Nos. 30, 31, 33) |

Plaintiff Ciron B. Springfield is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 11, 2023, plaintiff filed a motion for preliminary injunctive relief, and on May 15, 2023, plaintiff filed an amended motion for preliminary injunctive relief. (Doc. Nos. 30, 31.) On May 19, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for preliminary injunctive relief be denied because plaintiff has not clearly articulated the relief he seeks, e.g., "which specific conditions this court should order changed," and he does not state a claim for injunctive relief in his operative second amended complaint. (Doc. No. 33.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)

/////

1

1  days after service. (*Id.* at 2.) On June 5, 2023, plaintiff filed objections to the pending findings
2  and recommendations. (Doc. No. 36.)
3        In his objections, plaintiff explains that he seeks a court order directing the defendants to
4  provide him with the Department of State Hospital ("DSH") structured four module treatment
5  program, which includes treatment readiness, self-regulation, treatment integration and
6  community preparation, and community integration. (*Id.* at 3–4.) Plaintiff also states that he
7  seeks a court order directing the defendants to transfer him to a DSH intermediate care facility.
8  (*Id.* at 4.) Although plaintiff has now provided some specificity as to the relief he seeks,
9  plaintiff's objections do not provide a basis upon which to reject the pending findings and
10 recommendations. As the magistrate judge and the undersigned have previously explained to
11 plaintiff, his "allegations of past wrongdoings that purportedly occurred in 2019," which form the
12 basis of this lawsuit, "cannot provide a basis for current injunctive relief." (*See* Doc. No. 23 at 1.)
13 Indeed, in the pending findings and recommendations, the magistrate judge explained that "[i]f
14 plaintiff wishes to pursue injunctive relief with respect to his current conditions of confinement,
15 he should initiate a separate lawsuit." (Doc. No. 33 at 2.) For these reasons, the undersigned will
16 adopt the findings and recommendations and deny plaintiff's motions for preliminary injunctive
17 relief.
18       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
19 court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,
20 including plaintiff's objections, the court finds the findings and recommendations to be supported
21 by the record and proper analysis.
22       Accordingly,
23       1.    The findings and recommendations issued on May 19, 2023 (Doc. No. 33) are
24            adopted in full;
25 /////
26 /////
27 /////
28 /////

2. Plaintiff's motions for injunctive relief (Doc. No. 30, 31) are denied; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **June 15, 2023**           /s/ Dale A. Drozd
                              UNITED STATES DISTRICT JUDGE