IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CIRON SPRINGFIELD,** | Case No. 2:22-cv-00328-DAD-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **HUDSON, et al.,** | |
| Defendants. | |

Good cause appearing, defendant Hudson's motion to modify the scheduling order (ECF No. 57) is **GRANTED.** The August 2, 2024, dispositive motion deadline is vacated and will be re-set if necessary, after the court has decided defendant's pending summary judgment motion on exhaustion grounds.

Dated: August 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE