UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON SPRINGFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>HUDSON, et al.,<br><br>        Defendants. | No. 2:22-cv-0328 DAD CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to defendant's motion for summary judgment filed on August 2, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 60) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file an opposition to defendant's motion for summary judgment. Failure to file an opposition within forty-five days will result in a recommendation that this action be dismissed.

Dated: August 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
spri0328.36

1