UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON SPRINGFIELD,<br><br>   Plaintiff,<br><br>   v.<br><br>HUDSON, et al.,<br><br>   Defendants. | No. 2:22-cv-0328 DAD CKD<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to respond to defendant's motion for summary judgment filed on August 2, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 62) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file a response to defendant's motion for summary judgment. Failure to file a response will result in a recommendation that this action be dismissed without prejudice.

Dated:  October 14, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
spri0328.36(2)