1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CIRON B. SPRINGFIELD,                        No.  2:22-cv-0328 CKD P

12                    Plaintiff,

13          v.                                      ORDER

14    P. HUDSON, et al.,

15                    Defendants.

16

17          On August 2, 2024, the only remaining defendant, defendant Hudson, moved for

18    summary judgment.  On October 15, 2024, plaintiff was granted until November 29, 2024, to file

19    an opposition or a statement of non-opposition to the pending motion.  In the same order, plaintiff

20    was informed that failure to respond to the motion for summary judgment would result in

21    dismissal of this action under Fed. R. Civ. P. 41(b).  Plaintiff has not filed a response to the

22    motion for summary judgment.   Both parties have consented to have all matters here before a

23    United States Magistrate Judge.  See 28 U.S.C. § 636(c).

24    /////

25    /////

26    /////

27    /////

28    /////

                                                    1

1          Accordingly, IT IS HEREBY ORDERED that this action is dismissed pursuant to Federal

2    Rule of Civil Procedure 41(b).

3    Dated:  December 19, 2024

4                                                                    _____
                                                                     CAROLYN K. DELANEY
5                                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8    1
     spri0328.46
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2